

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Matthew Phelps* | *Suite 400* | *DIRECT: 410-209-4920* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Matthew.Phelps@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-9947* |

June 15, 2026

**(via cm/ecf)**
Hon. James K. Bredar
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> Re: **Deferred Prosecution Agreement**
> ***United States v. Karthikeyan Deenadayalan*, Case No. 1:26-cr-00197**

Dear Judge Bredar,

The Government and the Defendant have entered into a Deferred Prosecution Agreement ("DPA") in the above-referenced matter. The Government is requesting that the DPA be entered at a public hearing. The public hearing will allow victims to be present. The Government emailed a copy of the DPA to Chambers. The Government requests a hearing at the earliest available opportunity. The Government can conduct an initial appearance in front of Your Honor or with a magistrate.

Very truly yours,

Kelly O. Hayes
United States Attorney

Matthew P. Phelps
Assistant United States Attorney

CC:   Gregg Bernstein, gbernstein@zuckerman.com
      John Connolly, jconnolly@zuckerman.com

      *Counsel for the Defendant*