AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No.   JKB-26-00197 | |
| KARTHIKEYAN DEENADAYALAN | ) | | |
| | ) | | |
| Defendant | ) | | |

____ FILED   ___ ENTERED
____ LOGGED   _____ RECEIVED

1:30 pm, Jun 18 2026

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    06/18/2026

_____
Defendant's signature

_____
Signature of defendant's attorney

John J Connolly
_____
Printed name of defendant's attorney

_____
Judge's signature

Honorable Judge James K. Bredar
_____
Judge's printed name and title