IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. JKB-26-197
vs. )
KARTHIKEYAN DEENADAYALAN )

THURSDAY, JUNE 18, 2026
Courtroom 5A
Baltimore, Maryland

INITIAL APPEARANCE & DEFERRED PROSECUTION AGREEMENT

BEFORE: THE HONORABLE JAMES K. BREDAR, Judge

On Behalf of the United States:
MICHAEL P. PHELPS, ESQUIRE
BIJON A. MOSTOUFI, ESQUIRE
KIMBERLY PHILLIPS, ESQUIRE
Office of the United States Attorney
36 South Charles Street
Baltimore, MD 21201

LEIGH P. RENDE, ESQUIRE - Environmental
4 Constitution Square
150 M Street NE
Washington, DC 20002

On Behalf of the Defendant:
GREGG L. BERNSTEIN, ESQUIRE
JOHN J. CONNOLLY, ESQUIRE
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031

Also Present:
MELISSA MCGUINNESS, U.S. Probation
CHLOE HARRIS, Paralegal for the Government
BRIAN PATTERSON, Special Agent FBI

(Computer-aided Transcript of Stenotype Notes.)
Reported by: Kassandra L. McPherson, RPR
Federal Official Court Reporter
101 W. Lombard Street, 4th Floor
Baltimore, MD 21201
(410) 962-4544

P R O C E E D I N G
12:04 p.m.

MR. PHELPS: Good afternoon, Your Honor. Calling case number 1:26-cr-0197, United States of America versus Karthikeyan Deenadayalan. We are here today for an initial appearance and the entry of a Deferred Prosecution Agreement. Assistant U.S. Attorneys Matt Phelps, Bijon Mostoufi, and Kim Phillips, as well as trial counsel Leigh Rende on behalf of the United States. Also with us is paralegal Chloe Harris, and FBI Agent, Task Force Officer Brian Patterson.

THE COURT: Good afternoon.

Mr. Bernstein.

MR. BERNSTEIN: Good afternoon, Your Honor. Gregg Bernstein on behalf of Mr. Deenadayalan who is seated to my left. And to my far left is my partner, John Connolly, who also represents Mr. Deenadayalan.

THE COURT: And are you, sir, Karthikeyan Deenadayalan?

THE DEFENDANT: Yes, sir. I am Karthikeyan Deenadayalan.

THE COURT: Good afternoon to you.

Mr. Bernstein, you and your client, may approach the forward podium, and Mr. Connolly may join you if that's your preference.

MR. BERNSTEIN: It would always be my preference, Your

Honor. I don't go anywhere without him.

THE COURT: So a one count information was filed against this defendant tentatively. I say tentatively because there is no Waiver of Indictment of record. Let's take care of that matter first.

Do you have a form, Mr. Bernstein?

MR. BERNSTEIN: We have it, we reviewed it with our client, and we've signed it, Your Honor.

THE COURT: All right. Let's hand it up.

THE CLERK: Thank you.

THE COURT: Mr. Deenadayalan, before you can be prosecuted in a court of the United States for a felony offense, you have the right to have your case first presented to a federal grand jury to see if they find probable cause to believe that you are guilty of the offenses that the Government accuses you of. It's a right that you have that you can waive or give up if you choose to do so.

Is this a matter that you're familiar with?

THE DEFENDANT: Yes, sir.

THE COURT: Have you discussed this right to be prosecuted only by way of grand jury indictment, with your lawyers in this case?

THE DEFENDANT: Yes, sir.

THE COURT: And I have in front of me a Waiver of Indictment form. It seems to have your signature on it. Did

you sign this form?

THE DEFENDANT: Yes, sir.

THE COURT: Mr. Connolly, did you sign the form as well after counseling your client in regard to it?

MR. CONNOLLY: I did, Your Honor.

THE COURT: And are you confident that your client understood the plain meaning of the form and its import?

MR. CONNOLLY: I am, Your Honor.

THE COURT: Mr. Deenadayalan, I find that you have waived your right to be prosecuted only by way of grand jury indictment and I have acknowledged your waiver. It's made a part of the record in this case. The information that was previously tendered to the Court is now accepted as the formal charging document in this case.

The defendant has not been before a magistrate judge for an initial appearance. Is that right, Mr. Bernstein?

MR. BERNSTEIN: That's correct, Your Honor.

THE COURT: So let's proceed with that event first.

The purpose of this first proceeding then, Mr. Deenadayalan, is to advise you of the charge against you, to tell you what your rights are, to consider whether you will be detained or released pending your next court appearance, and to address the question of when your next court appearance might be. This is not a trial on the underlying charge it's an advisement proceeding.

Do you understand what I've said so far?

THE DEFENDANT: Yes, sir.

THE COURT: Have you received a copy of the criminal information that has been filed against you?

THE DEFENDANT: Yes, sir.

THE COURT: That information is about two and a half pages in length. It is presented to the Court by the United States attorney for this district.

What's wrong with the amplification system?

THE CLERK: Nothing that I know of. Are you having trouble hearing?

MR. BERNSTEIN: We hear you fine, Your Honor.

THE COURT: There's a tick. Nobody else can hear that?

MR. PHELPS: I heard the tick, Your Honor.

THE COURT: Must be in this speaker.

MR. BERNSTEIN: I hear it now.

THE CLERK: I muted your speaker. Can you hear it now?

THE COURT: No. Let them know there's a problem with the bench speaker. Thanks.

Okay. So this information charges you with a single felony criminal violation of a law called the Port and Waterways Safety Act. The count or the charge begins with a number of introductory paragraphs telling about an allision between the

Motor Vessel Dali and the Francis Scott Key Bridge here in Baltimore, Maryland, on the 26th of March of 2024.

The information goes on to provide introductory information about the Ports and Waterways Safety Act where it is codified, regulations that are promulgated pursuant to it. And then it contains the actual charging language which reads as follows:

On or about March 23rd, 2024, in the Port of Baltimore and within the District of Maryland, the defendant, Karthikeyan Deenadayalan, knowingly and willfully failed and caused the failure to immediately notify U.S. Coast Guard that a hazardous condition existed aboard the M/V Dali that may have adversely affected the safety of the vessel, as well as bridges, structures, and shore area, and the environmental quality of ports, harbors, and navigable waterways of the United States.

Specifically, the defendant willfully and knowingly failed to notify the U.S. Coast Guard:

1. That the redundant supply and booster pumps designed to provide fuel for generators three and four were not being used; and

2. That a non-redundant flushing pump was being used as the continuous fuel supply pump for generators three and four.

All this in violation of Title 46 of the United States Code § 70036(b)(1) and 18 United States Code § 2.

Penalties, Mr. Phelps?

MR. PHELPS: Your Honor, the maximum potential period

of incarceration is six years, three years of supervised release, and a $250,000 fine, or twice the gross gain or loss.

THE COURT: Mr. Deenadayalan, do you feel that you understand the nature of the charge against you and the maximum possible penalty that could be imposed upon you if you were convicted on this offense?

THE DEFENDANT: Yes, sir.

THE COURT: You have the right to remain silent. You're not required to make any statement. Anything that you do say may be used against you in future court proceedings.

You have the right to be represented by an attorney at all stages of the proceedings from this point forward. This means that you have the right to counsel during any questioning by the government, during any investigative proceeding, and certainly during all future court appearances.

If you cannot afford an attorney one will be appointed for you to be paid for by the government without any cost to you.

Do you understand your right to remain silent?

THE DEFENDANT: Yes, sir.

THE COURT: Do you understand your right to legal counsel?

THE DEFENDANT: Yes, sir.

THE COURT: Please raise your right hand so that I can place you under oath.

(Defendant was duly sworn.)

THE CLERK: You can put your hand down, please.

Please state and spell your name.

THE DEFENDANT: Karthikeyan Deenadayalan. K-a-r-t-h-i-k-e-y-a-n, D, double e, n-a-d-a-y-a-l-a-n.

THE COURT: How old are you?

THE DEFENDANT: 46, sir.

THE COURT: In what year were you born?

THE DEFENDANT: 1980.

THE COURT: What is your address at home in India? Take -- I understand.

THE DEFENDANT: [redacted], West KK Nagar.

THE COURT: Okay. So I'm going to have you say that one more time but more slowly so that our court reporter can get it down.

THE DEFENDANT: [redacted], West KK Nagar, Chennai.

THE COURT: Chennai, India.

And is there a postal code?

THE DEFENDANT: It's 600078.

THE COURT: Thank you.

You appear this afternoon with counsel. I take it that it is your plan in this matter to be represented by the lawyers who accompany you here in court today and that you do not request that lawyers be appointed to represent you. Is that true?

THE DEFENDANT: Sorry.

THE COURT: Husher.

(Defendant conferring with counsel off the record.)

THE DEFENDANT: Yes, sir. Yes, sir.

THE COURT: We're back on the record.

Let me ask you the question again.

I note that you're accompanied by lawyers -- Mr. Bernstein, Mr. Connolly -- here this afternoon. I take it that you have retained those lawyers to represent you in this case and that you do not seek appointment of lawyers by the Court to represent you. Is that true?

THE DEFENDANT: Yes, sir.

THE COURT: Okay. Consular notification?

Mr. Bernstein, is your client a U.S. citizen or a U.S. national?

MR. BERNSTEIN: He is neither, Your Honor.

THE COURT: Mr. Phelps --

Mr. Bernstein, is your client an Indian national?

MR. BERNSTEIN: He is, Your Honor.

THE COURT: Mr. Phelps, has the Government notified the consular authorities of the country of India in relation to the charge that has been brought against the defendant?

MR. PHELPS: Your Honor, we don't believe that India has a mandatory reporting requirement, but if requested we can certainly make the consular notification.

THE COURT: All right. Does the defendant request consular notification?

MR. BERNSTEIN: We do not need that, Your Honor.

THE COURT: Thank you.

We'll address the defendant's release or detention status further in this proceeding.

With that in mind, Mr. Phelps, is there anything else that we need to address in the initial appearance portion of our hearing today?

MR. PHELPS: Your Honor, unless -- the only other thing is release conditions, which can also be discussed in the course of the DPA, but other than that, no, Your Honor.

THE COURT: That's my plan. We'll do that after we get further down the road here.

Mr. Bernstein, is there anything else that needs to be addressed? Is the advisement of your client complete?

MR. BERNSTEIN: Yes, Your Honor, nothing more to address.

THE COURT: Thank you.

And noting that the one count information is now of record in the case, Mr. Bernstein, it's my understanding that your client does not wish to enter a plea today with respect to the information, and all of this is in light of an overall agreement that you've reached with the government which is enshrined as a so-called Deferred Prosecution Agreement. Is that true?

MR. BERNSTEIN: That is true, Your Honor.

THE COURT: And is that correct, Mr. Deenadayalan, that you wish to enter into a Deferred Prosecution Agreement with the Government before proceeding any further in this case?

THE DEFENDANT: Yes, sir.

THE COURT: And Mr. Phelps, you're amenable to that as well apparently?

MR. PHELPS: Yes, Your Honor.

THE COURT: So it is my intention today to put that Deferred Prosecution Agreement on the record here in court. But before I begin that process, Mr. Deenadayalan, I must ask you a number of questions and consider the answers that you give me in response to those questions.

So please listen carefully, respond as best you are able. If at any time you need to stop and speak to your lawyers, just indicate that you need a moment to do that and we will stop and allow you to confer with them in private.

Do you understand?

THE DEFENDANT: Yes, sir.

THE COURT: Do you understand that you are now under oath, and that if you answer any of my questions falsely your answers may later be used against you in another prosecution for perjury or for making a false statement?

THE DEFENDANT: Yes, sir.

THE COURT: How far did you go in school? Did you

attend college?

THE DEFENDANT: College. Mechanical engineering.

THE COURT: Okay. You went to college and studied mechanical engineering; is that correct?

THE DEFENDANT: Yes, sir.

THE COURT: Did you obtain a degree?

THE DEFENDANT: I obtained a degree.

THE COURT: And what is that degree?

THE DEFENDANT: That's BE mechanical engineering.

THE COURT: So it's like a Bachelor's of Engineering in mechanical engineering?

THE DEFENDANT: That's a Bachelor of Engineering in mechanic.

THE COURT: Are you having any difficulty understanding me?

THE DEFENDANT: No, sir.

THE COURT: Are you currently under the influence of any drug, medication, or alcohol?

THE DEFENDANT: No, sir.

THE COURT: Have you been treated recently for any mental illness or drug addiction or alcohol addiction?

THE DEFENDANT: No, sir.

THE COURT: Mr. Bernstein, is there any question in your mind as to whether or not your client is competent to proceed today?

MR. BERNSTEIN: There is not, Your Honor.

THE COURT: Mr. Deenadayalan, have you discussed the charge in the information, and the case in general, with your lawyers?

THE DEFENDANT: Yes, sir.

THE COURT: Are you fully satisfied with the legal representation that you have received from your lawyers?

THE DEFENDANT: Yes, sir.

THE COURT: Do you believe that your lawyers have given you good advice?

THE DEFENDANT: Yes, sir.

THE COURT: Do you believe that your lawyers have been zealous and effective legal advocates on your behalf?

THE DEFENDANT: Yes, sir.

THE COURT: So, Mr. Phelps, Mr. Bernstein, I understand that there is a Deferred Prosecution Agreement in this case; is that correct?

MR. PHELPS: Yes, Your Honor.

MR. BERNSTEIN: Yes, Your Honor.

THE COURT: That agreement will be marked as the Government's Exhibit No. 1 and it is ordered received into the record of the Court at the conclusion of this proceeding.

Do we have a copy of the Deferred Prosecution Agreement? I have one here. And let's turn to page 5 of that document.

Mr. Phelps, did you sign that document on behalf of the

United States Attorney, Ms. Hayes, and bind the Government to the terms of this agreement?

MR. PHELPS: I did, Your Honor.

THE COURT: And did you similarly sign on behalf of the Principal Deputy Assistant Attorney General for the Environment and Natural Resources Division further binding the Government to the terms of this agreement?

MR. PHELPS: Ms. Rende did, yes, Your Honor.

THE COURT: Okay. And Mr. Deenadayalan, did you sign this Deferred Prosecution Agreement? It appears that your signature is here.

THE DEFENDANT: Yes, sir.

THE COURT: Mr. Bernstein, did you sign on page 5 as well?

MR. BERNSTEIN: Well, you'll note, Your Honor, that Mr. Connolly signed for himself and also signed for me.

THE COURT: Okay. And is that true, Mr. Connolly?

MR. CONNOLLY: Yes, it is, Your Honor.

THE COURT: Okay. Got it.

Mr. Deenadayalan, did you have an opportunity to read and discuss the Deferred Prosecution Agreement with your lawyers before you signed it?

THE DEFENDANT: Yes, sir.

THE COURT: Have you fully reviewed each and every term of that Deferred Prosecution Agreement with your lawyers?

THE DEFENDANT: Yes, sir.

THE COURT: Do you believe that you understand your Deferred Prosecution Agreement?

THE DEFENDANT: Yes, sir.

THE COURT: Under the terms of the Deferred Prosecution Agreement, I understand that you have agreed to comply with certain conditions over the next three years.

I further understand that the Government has agreed to move the Court to dismiss this case in three years without it having proceeded further, provided you comply with the provisions of the agreement.

The sealed supplement to the agreement is also a part of the agreement. We will discuss the sealed supplement separately under seal.

Have I generally and correctly summarized the Deferred Prosecution Agreement?

First, Mr. Phelps?

MR. PHELPS: Yes, Your Honor.

THE COURT: Mr. Bernstein?

MR. BERNSTEIN: Yes, Your Honor.

THE COURT: Mr. Deenadayalan?

THE DEFENDANT: Yes, sir.

THE COURT: Now, the Deferred Prosecution Agreement contains a number of terms.

Mr. Phelps, the Deferred Prosecution Agreement, of course,

speaks for itself and reflects the signatures of counsel for all of the parties. And, ultimately, that written document containing those signatures is the record of what has been agreed between the parties.

Nonetheless, for purposes of this hearing, I think it would nevertheless be useful if you were to summarize the general terms of the agreement. Do you follow me?

MR. PHELPS: Yes, Your Honor.

THE COURT: Would you please then go ahead and make that summary.

Mr. Bernstein, Mr. Deenadayalan, please listen carefully because I'm going to ask you to acknowledge the same when Mr. Phelps is finished.

MR. PHELPS: Your Honor, in general, the Government agrees to defer its prosecution of the defendant provided that the defendant engage in or agree to the terms that are in this Deferred Prosecution Agreement. One of those terms includes a signed statement of facts that the defendant agrees shall be entered against him in this prosecution if he were to default under any of the terms of this agreement. And in that statement of facts he agrees that he engaged in conduct that meets the essential elements of the charged Ports and Waterway Safety Act.

There are a series of supervision elements that are associated with the Deferred Prosecution Agreement. And the Deferred Prosecution Agreement also includes the Government's

remedies if the defendant were to not comply with any of the terms of the DPA, which includes revoking or modifying any condition of the DPA, changing the period of supervision, discharging the defendant from supervision, or prosecuting the defendant for the offenses specified herein.

Your Honor, I think that generally summarizes the agreement between the parties.

THE COURT: And let's be clear about the stipulation of facts. That's set out in an attachment to the DPA that is marked and separately signed by counsel and the defendant.

MR. PHELPS: Yes, Your Honor.

THE COURT: All right.

Mr. Bernstein, you heard Mr. Phelps's summary, do you have any comments, modifications, or objections to what he's just put on the record?

MR. BERNSTEIN: I do not, Your Honor.

THE COURT: Mr. Deenadayalan, did you hear Mr. Phelps --

THE DEFENDANT: Yes, sir.

THE COURT: -- as he summarized the agreement that has been reached?

THE DEFENDANT: Yes, sir.

THE COURT: Do you believe that his summary was accurate?

THE DEFENDANT: Yes, sir.

THE COURT: Most significantly, he put on the record the fact that there is a Stipulation of Facts that is attached to the Deferred Prosecution Agreement. Did you hear him referring to that Statement of Facts?

THE DEFENDANT: Yes, sir.

THE COURT: And in that statement of facts Mr. Phelps has proffered there are facts and matters that, if true, make out a violation by you of the statute to which we have been referring.

THE DEFENDANT: Yes, sir.

THE COURT: Do you understand what I'm saying?

THE DEFENDANT: Yes, sir.

THE COURT: And as a part of this overall agreement the Government has proffered that it says that if you violate the terms and conditions of the Deferred Prosecution Agreement, then you separately agreed that this Stipulation of Facts is nonetheless binding and part of the record of the case against you.

THE DEFENDANT: Yes, sir.

THE COURT: Do you feel that you understand the implications of that?

THE DEFENDANT: Yes, sir.

THE COURT: Some would say that the agreement to the statement of facts that you have entered into would effectively operate as a surrender on your part should the criminal case

ever be fully adjudicated. Does that align with your understanding of its significance?

THE DEFENDANT: Yes, sir.

MR. BERNSTEIN: Your Honor, may I have one moment?

THE COURT: Yeah.

(Counsel conferring with defendant off the record.)

MR. BERNSTEIN: So, Your Honor --

THE COURT: Let's go back on the record.

Mr. Bernstein.

MR. BERNSTEIN: Yeah, I just wanted to review the last statement Your Honor made about understanding the implication of agreeing to the statement of facts. He fully understands that now.

THE COURT: And, Mr. Bernstein, I take it you don't have any disagreement with the Court's assessment of the significance of the concession embodied in that stipulation.

MR. BERNSTEIN: Well, Your Honor, I guess standing here I don't but, you know, I don't know what the future might bring if we're in that situation. I don't want to waive any --

THE COURT: I get it. Your client's not pleading guilty --

MR. BERNSTEIN: Exactly.

THE COURT: -- and you are not in any way, shape, or form conceding some sort of conviction entering on the record in reference to all of this. I get that loud and clear. It's a

Deferred Prosecution Agreement.

MR. BERNSTEIN: Correct.

THE COURT: Which if all the terms are performed by both sides will result in there being no conviction of your client and instead the case brought against him dismissed.

MR. BERNSTEIN: Yes, sir.

THE COURT: So we're crystal clear on that. But it's also true that as part of this Deferred Prosecution Agreement he has signed a stipulation that, in the Court's judgment, is quite powerful in its significance should the course of this case change. And I think it's very important that your client have a full appreciation for the potential implications of what he has agreed to in this agreement.

MR. BERNSTEIN: He does, and we've explained that to him at length.

THE COURT: Mr. Deenadayalan, do you think you understand what your lawyer and I are talking about here?

THE DEFENDANT: Yes, sir.

THE COURT: Okay. Do you agree that the Government's Exhibit No. 1, the Deferred Prosecution Agreement, together with the sealed supplement, sets out the entire agreement that you've made with the Government and that there are no other agreements or promises that have been made?

THE DEFENDANT: That's correct.

THE COURT: Has anyone made any promises or assurances

that are not in the Deferred Prosecution Agreement or the sealed supplement to persuade you to accept this agreement?

THE DEFENDANT: No, sir.

THE COURT: Has anyone made any threats or used any force or violence against you or someone close to you in order to persuade you to enter into this agreement?

THE DEFENDANT: No, sir.

THE COURT: Do you understand that the Court is not a party to the agreement, that the agreement that you've struck is with the United States Government not with the Judge?

THE DEFENDANT: Yes, sir.

THE COURT: In conducting proceedings to review the terms of a Deferred Prosecution Agreement, in every case this Court proceeds to an in camera segment, the transcript of which is sealed in order to determine the content of the sealed supplement to the Deferred Prosecution Agreement. This portion of the proceeding is sealed and the record shall remain sealed until I order otherwise.

During this sealed segment the Court will determine whether or not the defendant is a so-called cooperator. I am sealing this portion because of a history in Maryland of reprisals being taken against cooperators. Proceeding in this manner will conceal from the open record whether or not the defendant is a cooperator. This defendant may be cooperating or he may not be. That circumstance is secret.

The courtroom will now be cleared of persons not directly participating in the proceeding. When appropriate, we will readmit those who have been excluded. The Court security officer will clear the courtroom.

(Courtroom cleared.)

(Private Conference at the bench.)

(It is the policy of this Court that every guilty plea and sentencing proceeding include a private conference concerning whether the defendant is or is not cooperating.)

THE COURT: That concludes the sealed portion of this proceeding. We now return to an open record. Those who were excluded from the courtroom may be readmitted.

MR. PHELPS: Your Honor, I neglected to mention one thing on the initial appearance. Mr. Mostoufi reminded me that the Government should be advised under Rule 5(f) it has obligations under Brady versus Maryland, and any failure to comply with those obligations will result in sanctions against the Government.

THE COURT: Responsibility normally discharged by the magistrate judge, and I had the document right here and I still neglected to give this advice.

So addressing Counsel, under Rule 5(f) of the Federal Rules of Criminal Procedure -- well, the relevant provisions state as follows:

In all criminal proceedings, on the first scheduled court date when both prosecutor and defense counsel are present, the judge shall issue an oral and written order to the prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under Brady versus Maryland, reported at 373 U.S. 83, 1963, and its progeny, and the possible consequences of violating such an order under applicable law. Accordingly, the court orders the United States to adhere to the disclosure obligations set forth in Brady versus Maryland and its progeny.

Brady versus Maryland instructs that the suppression by the prosecution of evidence favorable to the accused violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution. Failure to adhere to this requirement in a timely manner may result in serious consequences, including but not limited to exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, vacating a conviction, or disciplinary action against the prosecution.

Having given counsel the oral admonition required by the Due Process Protections Act, the United States is ordered to produce, in a timely manner, all exculpatory evidence to the defendant pursuant to Brady versus Maryland and its progeny. Not doing so may result in the imposition of the sanctions referenced in the order.

It is so ordered, both orally and now in writing. This

order shall be made a part of the record.

Thank you for the reminder, Mr. Phelps.

We'll now turn to the order setting conditions of release.

Under the terms of the Deferred Prosecution Agreement, the defendant is to be placed under the supervision of the Court's Pretrial Services agencies, an element of the Court's probation department. The Court finds that this is an appropriate term of the Deferred Prosecution Agreement and accordingly will adopt the suggestion from counsel in the agreement that the Court, in fact, supervise the defendant in this manner.

To implement that I have prepared an order setting conditions of release. It specifies certain terms and conditions. And the basic elements are that the defendant must not violate any federal, state, or local law while on release.

He must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702. Off the top of my head, I don't know if it's authorized.

The defendant's residence must be approved by the U.S. Pretrial Services officer supervising the defendant's release, and the defendant must advise the Court, defense counsel, and the U.S. Attorney, in writing, before any change in address or telephone number.

The defendant must appear in court as required and must surrender to serve any sentence that might be imposed should this matter ever ripen into a criminal conviction. In

particular, on the form the defendant must appear next in court at the U.S. District Court, Baltimore, Maryland, date and time to be determined, but as ordered in the future.

It is further order that the defendant be released on the condition that the defendant promises to appear in court as required and to surrender to serve any sentence that might be imposed. Again, in the circumstance that this matter ripens into a criminal conviction.

The defendant is required to report on a regular basis to the supervising pretrial services officer.

The defendant shall promptly obey all reasonable directions and instructions of that officer.

The defendant shall obtain no passport.

The defendant shall abide by the following restrictions on personal association, place of abode, or travel.

The defendant will notify his Pretrial Services officer as to any change in residence or employment.

The defendant shall avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to -- here's what I specified in that regard.

The defendant shall avoid all case-related contact with the witnesses in this case who will be named on a list supplied to him, i.e., the defendant, by the Government.

Mr. Phelps, how soon will you supply that list?

MR. PHELPS: We can do that today, Your Honor.

THE COURT: All right. Let's get that accomplished.

Next defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

Condition 8(w), the defendant shall not depart the United States without the permission of his Pretrial Services officer.

The defendant shall notify his Pretrial Release Services officer immediately if he's arrested or questioned by a law enforcement officer.

Defendant shall comply with the terms of the Deferred Prosecution Agreement of record in this case.

I ask the Clerk to hand this draft order down to defense counsel.

Mr. Bernstein, please review this with your client. Once you're confident that he understands it, and understands the potential implications for violating its terms, have him sign where indicated on page 3.

MR. BERNSTEIN: Just one moment, Your Honor.

THE COURT: Yes, sir.

MR. BERNSTEIN: We're good.

So, Your Honor, we have reviewed it with our client and find all the conditions acceptable and accurate as summarized by the Government, and he has signed it.

THE COURT: Thank you.

The record will reflect that I have signed the order

setting conditions of release. This order is now in effect.

MR. BERNSTEIN: And, Your Honor, we've already communicated with the Pretrial Services Officer about reporting after this proceeding as needed.

THE COURT: Let me see counsel at the bench briefly.

(Following discussion was held at sidebar:)

THE COURT: What about booking? Has he been booked?

MR. BERNSTEIN: I don't know if it -- the marshals want him or not.

THE COURT: He's been charged and he's had his initial appearance. Booking is part of an initial appearance.

MR. PHELPS: I'm certain the marshals will ask to.

MR. BERNSTEIN: We'll run up there.

THE COURT: I'm going to direct you to go up there to -- go to the sixth floor.

Okay. Step back.

(Sidebar discussion concluded.)

THE COURT: All right. I have before me the Deferred Prosecution Agreement. And to the extent that the agreement contains a stipulation between the two parties that the Speedy Trial Act is essentially tolled during the life of this agreement, that's approved by the Court. The Court has signed that portion of the document.

The Deferred Prosecution Agreement, together with its attachment are now made part of the record in the case.

The Court finds that the defendant fully understands the terms of the Deferred Prosecution Agreement. The defendant is released to the supervision of the Pretrial Services Agency of this Court under the terms of the supervision order.

Counsel shall notify the Court of any alleged violations of the DPA. Of course the Pretrial Services agency will do the same.

Counsel shall advise the Court if and when the defendant has completed the term of supervision successfully and then shall file an appropriate motion for dismissal of the case, with the understanding that given the terms of the DPA that would be no more than three years from now.

Agreed, Mr. Phelps?

MR. PHELPS: Yes, Your Honor.

THE COURT: Agreed, Mr. Bernstein?

MR. BERNSTEIN: Yes, Your Honor.

THE COURT: Mr. Phelps, is there anything else that the Court can accomplish in this proceeding today?

MR. PHELPS: Two things, Your Honor.

First, I just wanted to flag for the Court that we made a minor revision to the statement of facts. It's page 11. It was shown to defense counsel. A current copy was emailed to Mr. Carrick during the proceeding. And so I think everybody should have a correct page 11, but it's not a signature page or anything, and it doesn't alter any terms. It was just a name in

the statement of facts.

THE COURT: All right. So Mr. Carrick has just handed back to me the version of the DPA that I signed, but that came from chambers from an earlier point in time. This becomes the original document. So I want to make sure that papers that I've signed include that modification to page 11.

Let's do this. Take this document, together with page 11, hand it down to counsel.

Counsel, it's your agreement.

MR. BERNSTEIN: Right.

THE COURT: So do you want me to substitute page 11 as rendered by my courtroom deputy clerk into the original?

MR. PHELPS: Yes, Your Honor.

MR. BERNSTEIN: That's fine, Your Honor.

THE COURT: All right. You'll do it?

THE CLERK: Yes.

THE COURT: The clerk will file that instruction. Page 11 of the version that I signed is being extracted and shredded, and the new version of the page 11 of the statement of facts is being inserted in its place. And I make the record now that, as modified, and as still reflecting my signature, this is the version of the Deferred Prosecution Agreement that is on the Court's record and in effect.

MR. PHELPS: Your Honor, the second thing that I wanted to raise is that similar to a plea agreement, I was

prepared to summarize the statement of facts that was attached to the DPA. And I think, given the significance of the DPA and the statement of facts to the DPA, the Government would request an opportunity to present the statement of facts in court.

MR. BERNSTEIN: May I be heard on that, Your Honor?

THE COURT: Well, first of all, you want to present a summary of it, or you want to read the entire document into the record?

MR. PHELPS: So, similar to the way that we would handle a plea agreement, Your Honor, maybe an abridged version of the statement of facts. We are not going to read every word of it.

THE COURT: So my thought was that we had, in the most summary of fashion, actually accomplished that during the colloquy that I had with counsel.

But, Mr. Bernstein, you want to be heard?

MR. BERNSTEIN: Yes, Your Honor. I mean, a statement of facts is -- well, for starters, as we've all acknowledged and understand, this is not a guilty plea proceeding. That's number one.

And number two, the statement of facts, as either summarized or read during a guilty plea proceeding, is designed to assure the court that the defendant's plea is knowing and voluntary, but more importantly that there is a factual basis to support the plea. That's why you read a statement of facts.

But this is not a guilty plea proceeding. We don't need a written -- I'm sorry, an oral presentation of the statement of facts to support the basis for the plea. The Court has said, in another context, that the document speaks for itself, and Mr. Deenadayalan has specifically acknowledged that he fully read it and reviewed it. And as the Court just said, you know, Your Honor has summarized this. So I really see no point for this proceeding. Perhaps there's another reason the Government wants to do it, but with respect to this proceeding, I don't really see why that's necessary. The document speaks for itself.

THE COURT: So from a legal standpoint this is really a tempest and a teapot. And I say legal standpoint because of this.

The Deferred Prosecution Agreement has attached to it in the public record the statement of facts --

MR. BERNSTEIN: Precisely.

THE COURT: -- to which the Government is referring. So there is no possibility that the legal record is somehow deficient in this case by virtue of the statement of facts not having been summarized or read into the record in open court.

I also take Mr. Bernstein's point about the fact that context matters. I'm not, this afternoon, making an assessment as to whether or not there is a sufficient factual basis to support a plea of guilty. There has been no such plea. There's been no plea at all. No plea of guilty, no plea of not guilty

because the parties, by their agreement, have decided that they wish to stop the proceeding in its tracks.

The defendant remains charged with this felony offense, but he very much enjoys the presumption of innocence with respect to the matter. Nothing has been concluded as to his involvement, or guilt or lack of guilt with respect to all that. None of that has been adjudicated. And instead, the parties have taken the train and gone off on a sighting, which is their perfect prerogative, and have elected to dispose of the case in this alternative and entirely lawful manner. But it is a different track. It's a different pathway.

So, Mr. Phelps, I understand the Government's position, but I don't really see any need for it here in court this afternoon. That said, it's not anything that is hidden from the public or unclear in the slightest. It is an absolute matter of public record that is a part of this Deferred Prosecution Agreement. The defendant has stipulated to the facts as set out in that document, so we'll stop there.

MR. BERNSTEIN: Thank you, Your Honor.

THE COURT: Is there anything else, Mr. Phelps?

MR. PHELPS: No, Your Honor. Thank you.

THE COURT: Is there anything else, Mr. Bernstein?

MR. BERNSTEIN: No, Your Honor.

As we indicated at the bench, we will proceed to the sixth floor.

THE COURT: Please proceed to the sixth floor. That was my last instruction to you. Take care of matters up there that need to be addressed.

Mr. Deenadayalan remain in close contact with your supervising pretrial services officer. Otherwise you are excused. Court's adjourned.

(The proceedings concluded at 12:57 p.m.)

CERTIFICATE OF OFFICIAL REPORTER

I, Kassandra L. McPherson, Registered Professional Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 25th day of June 2026.

-S-

KASSANDRA L. MCPHERSON, RPR
FEDERAL OFFICIAL COURT REPORTER

**$**

**$250,000** [1] - 7:2

**1**

**1** [3] - 6:17, 13:21, 20:20
**100** [1] - 1:19
**101** [1] - 1:24
**11** [7] - 28:21, 28:24, 29:6, 29:7, 29:11, 29:18, 29:19
**12:04** [1] - 2:1
**12:57** [1] - 33:7
**150** [1] - 1:15
**18** [2] - 1:6, 6:23
**1963** [1] - 23:6
**1980** [1] - 8:8
**1:26-cr-0197** [1] - 2:4

**2**

**2** [2] - 6:20, 6:23
**20002** [1] - 1:16
**2024** [2] - 6:2, 6:7
**2026** [2] - 1:6, 33:20
**21201** [2] - 1:13, 1:25
**21202-1031** [1] - 1:19
**23rd** [1] - 6:7
**2440** [1] - 1:19
**25th** [1] - 33:20
**26th** [1] - 6:2
**28** [1] - 33:17

**3**

**3** [1] - 26:17
**34** [1] - 24:16
**36** [1] - 1:13
**373** [1] - 23:5

**4**

**4** [1] - 1:15
**40702** [1] - 24:16
**410** [1] - 1:25
**46** [2] - 6:22, 8:6
**4th** [1] - 1:24

**5**

**5** [2] - 13:24, 14:13
**5(f** [2] - 22:16, 22:23
**5A** [1] - 1:7

**6**

**600078** [1] - 8:20

**7**

**70036(b)(1** [1] - 6:23
**753** [1] - 33:17

**8**

**8(w** [1] - 26:5
**83** [1] - 23:6

**9**

**962-4544** [1] - 1:25

**A**

**abide** [1] - 25:14
**able** [1] - 11:14
**aboard** [1] - 6:11
**abode** [1] - 25:15
**above-entitled** [1] - 33:18
**abridged** [1] - 30:10
**absolute** [1] - 32:15
**accept** [1] - 21:2
**acceptable** [1] - 26:22
**accepted** [1] - 4:13
**accompanied** [1] - 9:7
**accompany** [1] - 8:24
**accomplish** [1] - 28:18
**accomplished** [2] - 26:2, 30:14
**accordingly** [2] - 23:7, 24:8
**accurate** [2] - 17:24, 26:22
**accused** [1] - 23:11
**accuses** [1] - 3:15
**acknowledge** [1] - 16:12
**acknowledged** [3] - 4:11, 30:18, 31:5
**Act** [5] - 5:24, 6:4, 16:22, 23:20, 27:21
**action** [1] - 23:18
**actual** [1] - 6:6
**addiction** [2] - 12:21
**address** [6] - 4:23, 8:9, 10:5, 10:8, 10:18, 24:21
**addressed** [2] - 10:16, 33:3
**addressing** [1] - 22:23
**adhere** [2] - 23:8, 23:14
**adjourned** [1] - 33:6
**adjudicated** [2] - 19:1, 32:7
**admonition** [1] - 23:19
**adopt** [1] - 24:8
**adverse** [1] - 23:16
**adversely** [1] - 6:11
**advice** [2] - 13:10, 22:22
**advise** [3] - 4:20, 24:20, 28:8
**advised** [1] - 22:16
**advisement** [2] - 4:25, 10:16
**advocates** [1] - 13:13
**affected** [1] - 6:12
**afford** [1] - 7:16
**afternoon** [8] - 2:3, 2:11, 2:13, 2:21, 8:22, 9:8, 31:22, 32:13
**agencies** [1] - 24:6
**Agency** [1] - 28:3
**agency** [1] - 28:6
**Agent** [2] - 1:22, 2:9
**agree** [2] - 16:16, 20:19
**agreed** [7] - 15:6, 15:8, 16:4, 18:16, 20:13, 28:13, 28:15
**agreeing** [1] - 19:12
**AGREEMENT** [1] - 1:8
**agreement** [26] - 10:23, 13:20, 14:2, 14:7, 15:11, 15:12, 15:13, 16:7, 16:20, 17:6, 17:20, 18:13, 18:23, 20:13, 20:21, 21:2, 21:6, 21:9, 24:9, 27:19, 27:22, 29:9, 29:25, 30:10, 32:1
**Agreement** [34] - 2:6, 10:25, 11:3, 11:10, 13:16, 13:23, 14:10, 14:21, 14:25, 15:3, 15:6, 15:16, 15:23, 15:25, 16:17, 16:24, 16:25, 18:3, 18:15, 20:1, 20:8, 20:20, 21:1, 21:13, 21:16, 24:4, 24:8, 26:11, 27:19, 27:24, 28:2, 29:22, 31:14, 32:16
**agreements** [1] - 20:22
**agrees** [3] - 16:15, 16:18, 16:21
**ahead** [1] - 16:9
**aided** [1] - 1:23
**alcohol** [2] - 12:18, 12:21
**align** [1] - 19:1
**alleged** [1] - 28:5
**allision** [1] - 5:25
**allow** [1] - 11:17
**alter** [1] - 28:25
**alternative** [1] - 32:10
**amenable** [1] - 11:6
**America** [1] - 2:4
**AMERICA** [1] - 1:3
**amplification** [1] - 5:9
**answer** [1] - 11:21
**answers** [2] - 11:12, 11:22
**appear** [4] - 8:22, 24:23, 25:1, 25:5
**appearance** [8] - 2:5, 4:16, 4:22, 4:23, 10:8, 22:15, 27:11
**APPEARANCE** [1] - 1:8
**appearances** [1] - 7:15
**applicable** [1] - 23:7
**appointed** [2] - 7:16, 8:25
**appointment** [1] - 9:10
**appreciation** [1] - 20:12
**approach** [1] - 2:22
**appropriate** [3] - 22:2, 24:7, 28:10
**approved** [2] - 24:18, 27:22
**area** [1] - 6:13
**arrested** [1] - 26:8
**assessment** [2] - 19:15, 31:22
**Assistant** [2] - 2:6, 14:5
**associated** [1] - 16:24
**association** [1] - 25:15
**assurances** [1] - 20:25
**assure** [1] - 30:23
**attached** [3] - 18:2, 30:1, 31:14
**attachment** [2] - 17:9, 27:25
**attend** [1] - 12:1
**Attorney** [4] - 1:12, 14:1, 14:5, 24:21
**attorney** [3] - 5:8, 7:11, 7:16
**Attorneys** [1] - 2:7
**authorities** [1] - 9:21
**authorized** [2] - 24:16, 24:17
**avoid** [2] - 25:18, 25:22

**B**

**Bachelor** [1] - 12:12
**Bachelor's** [1] - 12:10
**bad** [1] - 23:13
**Baltimore** [7] - 1:7, 1:13, 1:19, 1:25, 6:2, 6:7, 25:2
**basic** [1] - 24:13
**basis** [4] - 25:9, 30:24, 31:3, 31:23
**BE** [1] - 12:9
**become** [1] - 25:19
**becomes** [1] - 29:4
**BEFORE** [1] - 1:9
**begin** [1] - 11:11
**begins** [1] - 5:24
**Behalf** [2] - 1:10, 1:17
**behalf** [5] - 2:8, 2:14, 13:13, 13:25, 14:4
**bench** [4] - 5:21, 22:6, 27:5, 32:24
**BERNSTEIN** [38] - 1:17, 2:13, 2:25, 3:7, 4:17, 5:12, 5:17, 9:16, 9:19, 10:3, 10:17, 11:1, 13:1, 13:19, 14:15, 15:20, 17:16, 19:4, 19:7, 19:10, 19:17, 19:22, 20:2, 20:6, 20:14, 26:18, 26:20, 27:2, 27:8, 27:13, 28:16, 29:10, 29:14, 30:5, 30:17, 31:16, 32:19, 32:23
**Bernstein** [22] - 2:12, 2:14, 2:22, 3:6, 4:16, 9:7, 9:14, 9:18, 10:15, 10:21, 12:23, 13:15, 14:13, 15:19, 16:11, 17:13, 19:9, 19:14, 26:14, 28:15, 30:16, 32:22
**Bernstein's** [1] - 31:21
**best** [1] - 11:14
**between** [4] - 5:25, 16:4, 17:7, 27:20
**Bijon** [1] - 2:7
**BIJON** [1] - 1:11
**bind** [1] - 14:1
**binding** [2] - 14:6, 18:17
**booked** [1] - 27:7
**booking** [2] - 27:7, 27:11
**booster** [1] - 6:17
**born** [1] - 8:7
**Brady** [5] - 22:17, 23:5, 23:9, 23:10,

23:22
**BREDAR** [1] - 1:9
**BRIAN** [1] - 1:22
**Brian** [1] - 2:10
**Bridge** [1] - 6:1
**bridges** [1] - 6:12
**briefly** [1] - 27:5
**bring** [1] - 19:19
**brought** [2] - 9:22, 20:5

## C

**camera** [1] - 21:14
**cannot** [1] - 7:16
**care** [2] - 3:4, 33:2
**carefully** [2] - 11:14, 16:11
**Carrick** [2] - 28:23, 29:2
**CASE** [1] - 1:4
**case** [23] - 2:3, 3:13, 3:22, 4:12, 4:14, 9:9, 10:21, 11:4, 13:3, 13:17, 15:9, 18:17, 18:25, 20:5, 20:10, 21:13, 25:22, 25:23, 26:11, 27:25, 28:10, 31:19, 32:9
**case-related** [1] - 25:22
**caused** [1] - 6:9
**certain** [3] - 15:7, 24:12, 27:12
**certainly** [2] - 7:14, 9:25
**CERTIFICATE** [1] - 33:15
**certify** [1] - 33:17
**chambers** [1] - 29:4
**change** [3] - 20:11, 24:21, 25:17
**changing** [1] - 17:3
**charge** [6] - 4:20, 4:24, 5:24, 7:4, 9:22, 13:3
**charged** [3] - 16:22, 27:10, 32:3
**charges** [2] - 5:22, 23:17
**charging** [2] - 4:14, 6:6
**Charles** [1] - 1:13
**Chennai** [2] - 8:17, 8:18
**CHLOE** [1] - 1:21
**Chloe** [1] - 2:9
**choose** [1] - 3:17
**circumstance** [2] - 21:25, 25:7
**citizen** [1] - 9:14
**clear** [4] - 17:8, 19:25, 20:7, 22:4
**cleared** [2] - 22:1, 22:5
**Clerk** [1] - 26:12
**clerk** [2] - 29:12, 29:17
**CLERK** [5] - 3:10, 5:10, 5:18, 8:1, 29:16
**client** [13] - 2:22, 3:8, 4:4, 4:6, 9:14, 9:18, 10:16, 10:22, 12:24, 20:5, 20:11, 26:14, 26:21
**client's** [1] - 19:20
**close** [2] - 21:5, 33:4
**Coast** [2] - 6:10, 6:16
**Code** [2] - 6:22, 6:23
**code** [1] - 8:19
**codified** [1] - 6:4
**collection** [1] - 24:15
**college** [3] - 12:1, 12:2, 12:3
**colloquy** [1] - 30:15
**comments** [1] - 17:14
**communicated** [1] - 27:3
**competent** [1] - 12:24
**complete** [1] - 10:16
**completed** [1] - 28:9
**comply** [5] - 15:7, 15:10, 17:1, 22:18, 26:10
**Computer** [1] - 1:23
**Computer-aided** [1] - 1:23
**conceal** [1] - 21:23
**conceding** [1] - 19:24
**concerning** [1] - 22:9
**concession** [1] - 19:16
**concluded** [3] - 27:17, 32:5, 33:7
**concludes** [1] - 22:11
**conclusion** [1] - 13:22
**condition** [4] - 6:11, 17:3, 25:5, 26:5
**conditions** [8] - 10:11, 15:7, 18:15, 24:3, 24:12, 24:13, 26:22, 27:1
**conduct** [1] - 16:21
**conducting** [1] - 21:12
**confer** [1] - 11:17
**Conference** [2] - 22:6, 33:19
**conference** [1] - 22:9
**conferring** [2] - 9:3, 19:6
**confident** [2] - 4:6, 26:15
**confirms** [1] - 23:4
**conformance** [1] - 33:18
**CONNOLLY** [4] - 1:18, 4:5, 4:8, 14:18
**Connolly** [5] - 2:15, 2:23, 9:8, 14:16, 14:17
**Connolly** [1] - 4:3
**consequences** [2] - 23:6, 23:15
**consider** [2] - 4:21, 11:12
**Constitution** [1] - 1:15
**consular** [4] - 9:13, 9:21, 9:25, 10:2
**contact** [3] - 25:18, 25:22, 33:4
**containing** [1] - 16:3
**contains** [3] - 6:6, 15:24, 27:20
**contempt** [1] - 23:17
**content** [1] - 21:15
**context** [2] - 31:4, 31:22
**continuous** [1] - 6:21
**convicted** [1] - 7:6
**conviction** [5] - 19:24, 20:4, 23:18, 24:25, 25:8
**cooperate** [1] - 24:15
**cooperating** [2] - 21:24, 22:10
**cooperator** [2] - 21:20, 21:24
**cooperators** [1] - 21:22
**copy** [3] - 5:3, 13:23, 28:22
**correct** [8] - 4:17, 11:2, 12:4, 13:17, 20:2, 20:24, 28:24, 33:17
**correctly** [1] - 15:15
**cost** [1] - 7:17
**Counsel** [1] - 22:23
**counsel** [21] - 2:8, 7:13, 7:21, 8:22, 9:3, 16:1, 17:10, 19:6, 23:2, 23:4, 23:19, 24:9, 24:20, 26:13, 27:5, 28:5, 28:8, 28:22, 29:8, 29:9, 30:15
**counseling** [1] - 4:4
**count** [3] - 3:2, 5:24, 10:20
**country** [1] - 9:21
**course** [4] - 10:12, 15:25, 20:10, 28:6
**COURT** [116] - 1:1, 2:11, 2:17, 2:21, 3:2, 3:9, 3:11, 3:20, 3:24, 4:3, 4:6, 4:9, 4:18, 5:3, 5:6, 5:13, 5:16, 5:20, 7:3, 7:8, 7:20, 7:23, 8:5, 8:7, 8:9, 8:13, 8:18, 8:21, 9:2, 9:5, 9:13, 9:17, 9:20, 10:1, 10:4, 10:13, 10:19, 11:2, 11:6, 11:9, 11:20, 11:25, 12:3, 12:6, 12:8, 12:10, 12:14, 12:17, 12:20, 12:23, 13:2, 13:6, 13:9, 13:12, 13:15, 13:20, 14:4, 14:9, 14:13, 14:17, 14:19, 14:24, 15:2, 15:5, 15:19, 15:21, 15:23, 16:9, 17:8, 17:12, 17:17, 17:20, 17:23, 18:1, 18:6, 18:11, 18:13, 18:20, 18:23, 19:5, 19:8, 19:14, 19:20, 19:23, 20:3, 20:7, 20:16, 20:19, 20:25, 21:4, 21:8, 21:12, 22:11, 22:20, 26:2, 26:19, 26:24, 27:5, 27:7, 27:10, 27:14, 27:18, 28:15, 28:17, 29:2, 29:11, 29:15, 29:17, 30:6, 30:13, 31:11, 31:17, 32:20, 32:22, 33:1, 33:23
**Court** [26] - 1:24, 4:13, 5:7, 9:10, 13:22, 15:9, 21:8, 21:14, 21:19, 22:3, 22:7, 24:7, 24:9, 24:20, 25:2, 27:22, 28:1, 28:4, 28:5, 28:8, 28:18, 28:20, 31:3, 31:6, 33:16
**court** [17] - 3:12, 4:22, 4:23, 7:10, 7:15, 8:14, 8:24, 11:10, 23:1, 23:8, 24:23, 25:1, 25:5, 30:4, 30:23, 31:20, 32:13
**court's** [1] - 33:6
**Court's** [5] - 19:15, 20:9, 24:5, 24:6, 29:23
**Courtroom** [1] - 1:7
**courtroom** [5] - 22:1, 22:4, 22:5, 22:13, 29:12
**criminal** [6] - 5:3, 5:23, 18:25, 23:1, 24:25, 25:8
**Criminal** [1] - 22:24
**CRIMINAL** [1] - 1:4
**crystal** [1] - 20:7
**current** [1] - 28:22

## D

**Dali** [2] - 6:1, 6:11
**dangerous** [1] - 26:4
**date** [2] - 23:2, 25:2
**Dated** [1] - 33:20
**DC** [1] - 1:16
**decided** [1] - 32:1
**Deenadayalan** [22] - 2:5, 2:14, 2:16, 2:18, 2:20, 3:11, 4:9, 4:20, 6:9, 7:3, 8:3, 11:2, 11:11, 13:2, 14:9, 14:20, 15:21, 16:11, 17:17, 20:16, 31:5, 33:4
**DEENADAYALAN** [1] - 1:5
**default** [1] - 16:19
**DEFENDANT** [52] - 2:19, 3:19, 3:23, 4:2, 5:2, 5:5, 7:7, 7:19, 7:22, 8:3, 8:6, 8:8, 8:11, 8:16, 8:20, 9:1, 9:4, 9:12, 11:5, 11:19, 11:24, 12:2, 12:5, 12:7, 12:9, 12:12, 12:16, 12:19, 12:22, 13:5, 13:8, 13:11, 13:14, 14:12, 14:23, 15:1, 15:4, 15:22, 17:19, 17:22, 17:25, 18:5, 18:10, 18:12, 18:19, 18:22, 19:3, 20:18, 20:24, 21:3, 21:7, 21:11
**Defendant** [2] - 1:17, 7:25
**defendant** [45] - 3:3, 4:15, 6:8, 6:15, 9:3, 9:22, 10:1, 16:15, 16:16, 16:18, 17:1, 17:4, 17:5, 17:10, 19:6, 21:20, 21:23, 21:24, 22:9, 23:22, 24:5, 24:10, 24:13, 24:20, 24:23, 25:1, 25:4, 25:5, 25:9, 25:11, 25:13, 25:14, 25:16, 25:18, 25:22,

25:24, 26:3, 26:5, 26:7, 26:10, 28:1, 28:2, 28:8, 32:3, 32:17
**defendant's** [4] - 10:5, 24:18, 24:19, 30:23
**defense** [5] - 23:2, 23:4, 24:20, 26:12, 28:22
**defer** [1] - 16:15
**Deferred** [34] - 2:6, 10:25, 11:3, 11:10, 13:16, 13:23, 14:10, 14:21, 14:25, 15:3, 15:5, 15:15, 15:23, 15:25, 16:17, 16:24, 16:25, 18:3, 18:15, 20:1, 20:8, 20:20, 21:1, 21:13, 21:16, 24:4, 24:8, 26:10, 27:18, 27:24, 28:2, 29:22, 31:14, 32:16
**DEFERRED** [1] - 1:8
**deficient** [1] - 31:19
**degree** [3] - 12:6, 12:7, 12:8
**depart** [1] - 26:5
**department** [1] - 24:7
**Deputy** [1] - 14:5
**deputy** [1] - 29:12
**designed** [2] - 6:17, 30:22
**destructive** [1] - 26:4
**detained** [1] - 4:22
**detention** [1] - 10:5
**determine** [2] - 21:15, 21:19
**determined** [1] - 25:3
**device** [1] - 26:4
**different** [2] - 32:10, 32:11
**difficulty** [1] - 12:14
**direct** [1] - 27:14
**directions** [1] - 25:11
**directly** [2] - 22:1, 25:18
**disagreement** [1] - 19:15
**discharged** [1] - 22:20
**discharging** [1] - 17:4
**disciplinary** [1] - 23:18
**disclosure** [2] - 23:4, 23:8
**discuss** [2] - 14:21, 15:13
**discussed** [3] - 3:20, 10:11, 13:2
**discussion** [2] - 27:6, 27:17
**dismiss** [1] - 15:9
**dismissal** [2] - 23:17, 28:10
**dismissed** [1] - 20:5
**dispose** [1] - 32:9
**DISTRICT** [2] - 1:1, 1:2
**District** [4] - 6:8, 25:2, 33:16, 33:17
**district** [1] - 5:8
**DIVISION** [1] - 1:2
**Division** [1] - 14:6
**DNA** [1] - 24:15
**document** [12] - 4:14, 13:24, 13:25, 16:2, 22:21, 27:23, 29:5, 29:7, 30:7, 31:4, 31:10, 32:18
**double** [1] - 8:4
**down** [5] - 8:1, 8:15, 10:14, 26:12, 29:8
**DPA** [10] - 10:12, 17:2, 17:3, 17:9, 28:6, 28:11, 29:3, 30:2, 30:3
**draft** [1] - 26:12
**drug** [2] - 12:18, 12:21
**due** [1] - 23:11
**Due** [1] - 23:20
**duly** [1] - 7:25
**during** [8] - 7:13, 7:14, 7:15, 21:19, 27:21, 28:23, 30:14, 30:22

## E

**East** [1] - 1:19
**effect** [2] - 27:1, 29:23
**effective** [1] - 13:13
**effectively** [1] - 18:24
**either** [2] - 23:12, 30:21
**elected** [1] - 32:9
**element** [1] - 24:6
**elements** [3] - 16:22, 16:23, 24:13
**emailed** [1] - 28:22
**embodied** [1] - 19:16
**employment** [1] - 25:17
**enforcement** [1] - 26:9
**engage** [1] - 16:16
**engaged** [1] - 16:21
**engineering** [4] - 12:2, 12:4, 12:9, 12:11
**Engineering** [2] - 12:10, 12:12
**enjoys** [1] - 32:4
**enshrined** [1] - 10:24
**enter** [3] - 10:22, 11:3, 21:6
**entered** [2] - 16:19, 18:24
**entering** [1] - 19:24
**entire** [2] - 20:21, 30:7
**entirely** [1] - 32:10
**entitled** [1] - 33:18
**entry** [1] - 2:6
**Environment** [1] - 14:6
**environmental** [1] - 6:13
**Environmental** [1] - 1:14
**ESQUIRE** [6] - 1:11, 1:11, 1:12, 1:14, 1:17, 1:18
**essential** [1] - 16:22
**essentially** [1] - 27:21
**event** [1] - 4:18
**evidence** [4] - 23:11, 23:12, 23:16, 23:21
**exactly** [1] - 19:22
**excluded** [2] - 22:3, 22:13
**exclusion** [1] - 23:16
**exculpatory** [1] - 23:21
**excused** [1] - 33:6
**Exhibit** [2] - 13:21, 20:20
**existed** [1] - 6:11
**explained** [1] - 20:14
**extent** [1] - 27:19
**extracted** [1] - 29:18

## F

**fact** [3] - 18:2, 24:10, 31:21
**facts** [21] - 16:18, 16:21, 17:9, 18:6, 18:7, 18:24, 19:12, 28:21, 29:1, 29:20, 30:1, 30:3, 30:4, 30:11, 30:18, 30:21, 30:25, 31:3, 31:15, 31:19, 32:17
**Facts** [3] - 18:2, 18:4, 18:16
**factual** [2] - 30:24, 31:23
**failed** [2] - 6:9, 6:15
**failure** [3] - 6:10, 22:17, 23:14
**faith** [2] - 23:13
**false** [1] - 11:23
**falsely** [1] - 11:21
**familiar** [1] - 3:18
**far** [3] - 2:15, 5:1, 11:25
**fashion** [1] - 30:14
**favorable** [1] - 23:11
**FBI** [2] - 1:22, 2:9
**federal** [2] - 3:14, 24:14
**FEDERAL** [1] - 33:23
**Federal** [2] - 1:24, 22:23
**felony** [3] - 3:12, 5:22, 32:3
**file** [2] - 28:10, 29:17
**filed** [2] - 3:2, 5:4
**fine** [3] - 5:12, 7:2, 29:14
**finished** [1] - 16:13
**firearm** [1] - 26:3
**first** [8] - 3:5, 3:13, 4:18, 4:19, 15:17, 23:1, 28:20, 30:6
**flag** [1] - 28:20
**Floor** [1] - 1:24
**floor** [3] - 27:15, 32:25, 33:1
**flushing** [1] - 6:20
**follow** [1] - 16:7
**following** [1] - 25:14
**Following** [1] - 27:6
**follows** [2] - 6:6, 22:25
**FOR** [1] - 1:2
**force** [1] - 21:5
**Force** [1] - 2:10
**foregoing** [1] - 33:17
**form** [7] - 3:6, 3:25, 4:1, 4:3, 4:7, 19:24, 25:1
**formal** [1] - 4:13
**format** [1] - 33:18
**forth** [1] - 23:9
**forward** [2] - 2:23, 7:12
**four** [2] - 6:18, 6:21
**Francis** [1] - 6:1
**front** [1] - 3:24
**fuel** [2] - 6:18, 6:21
**full** [1] - 20:12
**fully** [6] - 13:6, 14:24, 19:1, 19:12, 28:1, 31:5
**future** [4] - 7:10, 7:15, 19:18, 25:3

## G

**gain** [1] - 7:2
**general** [3] - 13:3, 16:6, 16:14
**General** [1] - 14:5
**generally** [2] - 15:15, 17:6
**generators** [2] - 6:18, 6:21
**given** [4] - 13:10, 23:19, 28:11, 30:2
**Government** [18] - 1:21, 3:15, 9:20, 11:4, 14:1, 14:7, 15:8, 16:14, 18:14, 20:22, 21:10, 22:16, 22:19, 25:24, 26:23, 30:3, 31:8, 31:17
**government** [3] - 7:14, 7:17, 10:24
**Government's** [4] - 13:21, 16:25, 20:19, 32:12
**grand** [3] - 3:14, 3:21, 4:10
**Gregg** [1] - 2:13
**GREGG** [1] - 1:17
**gross** [1] - 7:2
**Guard** [2] - 6:10, 6:16
**guess** [1] - 19:17
**guilt** [3] - 23:12, 32:6
**guilty** [9] - 3:15, 19:21, 22:7, 30:19, 30:22, 31:1, 31:24, 31:25

## H

**half** [1] - 5:6
**hand** [5] - 3:9, 7:23, 8:1, 26:12, 29:8
**handed** [1] - 29:2
**handle** [1] - 30:10
**harbors** [1] - 6:14
**Harris** [1] - 2:9
**HARRIS** [1] - 1:21
**Hayes** [1] - 14:1
**hazardous** [1] - 6:10
**head** [1] - 24:16
**hear** [6] - 5:12, 5:13, 5:17, 5:18, 17:17, 18:3
**heard** [4] - 5:15, 17:13, 30:5, 30:16
**hearing** [3] - 5:11, 10:9, 16:5
**held** [2] - 27:6, 33:18
**hereby** [1] - 33:17
**herein** [1] - 17:5
**hidden** [1] - 32:14
**himself** [1] - 14:16
**history** [1] - 21:21
**home** [1] - 8:9
**Honor** [55] - 2:3, 2:13, 3:1, 3:8, 4:5, 4:8, 4:17, 5:12, 5:15, 6:25, 9:16, 9:19, 9:23, 10:3, 10:10,

10:12, 10:17, 11:1, 11:8, 13:1, 13:18, 13:19, 14:3, 14:8, 14:15, 14:18, 15:18, 15:20, 16:8, 16:14, 17:6, 17:11, 17:16, 19:4, 19:7, 19:11, 19:17, 22:14, 26:1, 26:18, 26:21, 27:2, 28:14, 28:16, 28:19, 29:13, 29:14, 29:24, 30:5, 30:10, 30:17, 31:7, 32:19, 32:21, 32:23
**HONORABLE** [1] - 1:9
**husher** [1] - 9:2

## I

**i.e.** [1] - 25:24
**illness** [1] - 12:21
**immediately** [2] - 6:10, 26:8
**implement** [1] - 24:11
**implication** [1] - 19:11
**implications** [3] - 18:21, 20:12, 26:16
**import** [1] - 4:7
**important** [1] - 20:11
**importantly** [1] - 30:24
**imposed** [3] - 7:5, 24:24, 25:7
**imposition** [1] - 23:23
**IN** [1] - 1:1
**incarceration** [1] - 7:1
**include** [2] - 22:8, 29:6
**includes** [3] - 16:17, 16:25, 17:2
**including** [2] - 23:15, 25:20
**India** [4] - 8:9, 8:18, 9:21, 9:23
**Indian** [1] - 9:18
**indicate** [1] - 11:16
**indicated** [2] - 26:17, 32:24
**Indictment** [2] - 3:4, 3:25
**indictment** [2] - 3:21, 4:11
**indirectly** [1] - 25:19
**influence** [1] - 12:17
**information** [10] - 3:2, 4:12, 5:4, 5:6, 5:22, 6:3, 10:20, 10:23, 13:3
**initial** [6] - 2:5, 4:16, 10:8, 22:15, 27:10, 27:11
**INITIAL** [1] - 1:8
**innocence** [1] - 32:4
**inserted** [1] - 29:20
**instead** [2] - 20:5, 32:7
**instruction** [2] - 29:17, 33:2
**instructions** [2] - 23:16, 25:12
**instructs** [1] - 23:10
**intention** [1] - 11:9
**introductory** [2] - 5:25, 6:3
**investigation** [1] - 25:20
**investigative** [1] - 7:14
**involvement** [1] - 32:5
**irrespective** [1] - 23:13
**issue** [1] - 23:3
**itself** [3] - 16:1, 31:4, 31:10

## J

**JAMES** [1] - 1:9
**JKB-26-197** [1] - 1:4
**JOHN** [1] - 1:18
**John** [1] - 2:15
**join** [1] - 2:23
**judge** [3] - 4:15, 22:21, 23:3
**Judge** [2] - 1:9, 21:10
**judgment** [1] - 20:9
**Judicial** [1] - 33:19
**JUNE** [1] - 1:6
**June** [1] - 33:20
**jury** [4] - 3:14, 3:21, 4:10, 23:16

## K

**Karthikeyan** [5] - 2:4, 2:17, 2:19, 6:8, 8:3
**KARTHIKEYAN** [2] - 1:5, 8:4
**KASSANDRA** [1] - 33:22
**Kassandra** [2] - 1:23, 33:16
**Key** [1] - 6:1
**Kim** [1] - 2:7
**KIMBERLY** [1] - 1:12
**KK** [2] - 8:12, 8:17
**knowing** [1] - 30:23
**knowingly** [2] - 6:9, 6:15

## L

**lack** [1] - 32:6
**language** [1] - 6:6
**last** [2] - 19:10, 33:2
**law** [4] - 5:23, 23:7, 24:14, 26:8
**lawful** [1] - 32:10
**lawyer** [1] - 20:17
**lawyers** [13] - 3:22, 8:23, 8:25, 9:7, 9:9, 9:10, 11:15, 13:4, 13:7, 13:9, 13:12, 14:21, 14:25
**left** [2] - 2:15
**legal** [6] - 7:20, 13:6, 13:13, 31:11, 31:12, 31:18
**LEIGH** [1] - 1:14
**Leigh** [1] - 2:8
**length** [2] - 5:7, 20:15
**life** [1] - 27:21
**light** [1] - 10:23
**limited** [2] - 23:16, 25:21
**list** [2] - 25:23, 25:25
**listen** [2] - 11:14, 16:11
**LLP** [1] - 1:18
**local** [1] - 24:14
**Lombard** [1] - 1:24
**loss** [1] - 7:2
**loud** [1] - 19:25

## M

**M/V** [1] - 6:11
**magistrate** [2] - 4:15, 22:21
**mandatory** [1] - 9:24
**manner** [5] - 21:22, 23:15, 23:21, 24:10, 32:10
**March** [2] - 6:2, 6:7
**marked** [2] - 13:20, 17:10
**marshals** [2] - 27:8, 27:12
**MARYLAND** [1] - 1:2
**Maryland** [11] - 1:7, 6:2, 6:8, 21:21, 22:17, 23:5, 23:9, 23:10, 23:22, 25:2, 33:17
**material** [1] - 23:12
**Matt** [1] - 2:7
**matter** [8] - 3:5, 3:18, 8:23, 24:25, 25:7, 32:5, 32:15, 33:18
**matters** [3] - 18:7, 31:22, 33:2
**maximum** [2] - 6:25, 7:4
**MCGUINNESS** [1] - 1:21
**MCPHERSON** [1] - 33:22
**McPherson** [2] - 1:23, 33:16
**MD** [3] - 1:13, 1:19, 1:25
**mean** [1] - 30:17
**meaning** [1] - 4:7
**means** [1] - 7:12
**mechanic** [1] - 12:13
**mechanical** [4] - 12:2, 12:4, 12:9, 12:11
**medication** [1] - 12:18
**meets** [1] - 16:21
**MELISSA** [1] - 1:21
**mental** [1] - 12:21
**mention** [1] - 22:14
**MICHAEL** [1] - 1:11
**might** [4] - 4:23, 19:18, 24:24, 25:6
**mind** [2] - 10:7, 12:24
**minor** [1] - 28:21
**modification** [1] - 29:6
**modifications** [1] - 17:14
**modified** [1] - 29:21
**modifying** [1] - 17:2
**moment** [3] - 11:16, 19:4, 26:18
**most** [2] - 18:1, 30:13
**MOSTOUFI** [1] - 1:11
**motion** [1] - 28:10
**Motor** [1] - 6:1
**Mostoufi** [1] - 22:15
**Mostoufi** [1] - 2:7
**move** [1] - 15:8
**must** [9] - 5:16, 11:11, 24:13, 24:15, 24:18, 24:20, 24:23, 25:1
**muted** [1] - 5:18

## N

**n-a-d-a-y-a-l-a-n** [1] - 8:4
**Nagar** [2] - 8:12, 8:17
**name** [2] - 8:2, 28:25
**named** [1] - 25:23
**national** [2] - 9:15, 9:18
**Natural** [1] - 14:6
**nature** [1] - 7:4
**navigable** [1] - 6:14
**NE** [1] - 1:15
**necessary** [1] - 31:10
**need** [7] - 10:3, 10:8, 11:15, 11:16, 31:1, 32:13, 33:3
**needed** [1] - 27:4
**needs** [1] - 10:15
**neglected** [2] - 22:14, 22:22
**nevertheless** [1] - 16:6
**new** [1] - 29:19
**next** [5] - 4:22, 4:23, 15:7, 25:1, 26:3
**NO** [1] - 1:4
**nobody** [1] - 5:13
**non** [1] - 6:20
**non-redundant** [1] - 6:20
**none** [1] - 32:6
**nonetheless** [2] - 16:5, 18:17
**normally** [1] - 22:20
**NORTHERN** [1] - 1:2
**note** [2] - 9:7, 14:15
**Notes** [1] - 1:23
**nothing** [3] - 5:10, 10:17, 32:5
**notification** [3] - 9:13, 9:25, 10:2
**notified** [1] - 9:20
**notify** [5] - 6:10, 6:16, 25:16, 26:7, 28:5
**noting** [1] - 10:20
**number** [7] - 2:4, 5:24, 11:12, 15:24, 24:22, 30:19, 30:21

## O

**oath** [2] - 7:24, 11:21
**obey** [1] - 25:11
**objections** [1] - 17:14
**obligation** [1] - 23:4
**obligations** [3] - 22:17, 22:18, 23:9
**obtain** [2] - 12:6, 25:13
**obtained** [1] - 12:7
**OF** [3] - 1:2, 1:3, 33:15
**offense** [3] - 3:12, 7:6, 32:3
**offenses** [2] - 3:15, 17:5
**Office** [1] - 1:12
**officer** [9] - 22:4, 24:19, 25:10, 25:12, 25:16, 26:6, 26:8, 26:9, 33:5
**Officer** [2] - 2:10, 27:3
**OFFICIAL** [2] - 33:15, 33:23

**Official** [1] - 1:24
**old** [1] - 8:5
**once** [1] - 26:14
**one** [10] - 3:2, 7:16, 8:14, 10:20, 13:24, 16:17, 19:4, 22:14, 26:18, 30:20
**open** [3] - 21:23, 22:12, 31:20
**operate** [1] - 18:25
**opportunity** [2] - 14:20, 30:4
**oral** [3] - 23:3, 23:19, 31:2
**orally** [1] - 23:25
**order** [14] - 21:5, 21:15, 21:18, 23:3, 23:7, 23:24, 24:1, 24:3, 24:11, 25:4, 26:12, 26:25, 27:1, 28:4
**ordered** [4] - 13:21, 23:20, 23:25, 25:3
**orders** [1] - 23:8
**original** [2] - 29:5, 29:12
**otherwise** [2] - 21:18, 33:5
**overall** [2] - 10:23, 18:13

## P

**p.m** [2] - 2:1, 33:7
**page** [12] - 13:24, 14:13, 26:17, 28:21, 28:24, 29:6, 29:7, 29:11, 29:18, 29:19, 33:18
**pages** [1] - 5:7
**paid** [1] - 7:17
**papers** [1] - 29:5
**paragraphs** [1] - 5:25
**Paralegal** [1] - 1:21
**paralegal** [1] - 2:9
**part** [10] - 4:12, 15:12, 18:13, 18:17, 18:25, 20:8, 24:1, 27:11, 27:25, 32:16
**participating** [1] - 22:2
**particular** [1] - 25:1
**parties** [6] - 16:2, 16:4, 17:7, 27:20, 32:1, 32:7
**partner** [1] - 2:15
**party** [1] - 21:9
**passport** [1] - 25:13
**pathway** [1] - 32:11
**PATTERSON** [1] - 1:22
**Patterson** [1] - 2:10
**penalties** [1] - 6:24
**penalty** [1] - 7:5
**pending** [1] - 4:22
**perfect** [1] - 32:8
**performed** [1] - 20:3
**perhaps** [1] - 31:8
**period** [2] - 6:25, 17:3
**perjury** [1] - 11:23
**permission** [1] - 26:6
**person** [1] - 25:19
**personal** [1] - 25:15
**persons** [1] - 22:1
**persuade** [2] - 21:2, 21:6
**Phelps** [19] - 2:7, 6:24, 9:17, 9:20, 10:7, 11:6, 13:15, 13:25, 15:17, 15:25, 16:13, 17:18, 18:6, 24:2, 25:25, 28:13, 28:17, 32:12, 32:20
**PHELPS** [23] - 1:11, 2:3, 5:15, 6:25, 9:23, 10:10, 11:8, 13:18, 14:3, 14:8, 15:18, 16:8, 16:14, 17:11, 22:14, 26:1, 27:12, 28:14, 28:19, 29:13, 29:24, 30:9, 32:21
**Phelps's** [1] - 17:13
**Phillips** [1] - 2:7
**PHILLIPS** [1] - 1:12
**place** [3] - 7:24, 25:15, 29:20
**placed** [1] - 24:5
**plain** [1] - 4:7
**plan** [2] - 8:23, 10:13
**plea** [15] - 10:22, 22:8, 29:25, 30:10, 30:19, 30:22, 30:23, 30:25, 31:1, 31:3, 31:24, 31:25
**pleading** [1] - 19:20
**podium** [1] - 2:23
**point** [4] - 7:12, 29:4, 31:7, 31:21
**policy** [1] - 22:7
**Port** [2] - 5:23, 6:7
**portion** [5] - 10:8, 21:16, 21:21, 22:11, 27:23
**ports** [1] - 6:14
**Ports** [2] - 6:4, 16:22
**position** [1] - 32:12
**possessing** [1] - 26:3
**possibility** [1] - 31:18
**possible** [2] - 7:5, 23:6
**postal** [1] - 8:19
**potential** [4] - 6:25, 20:12, 25:20, 26:16
**powerful** [1] - 20:10
**Pratt** [1] - 1:19
**precisely** [1] - 31:16
**preference** [2] - 2:24, 2:25
**prepared** [2] - 24:11, 30:1
**prerogative** [1] - 32:9
**Present** [1] - 1:20
**present** [3] - 23:2, 30:4, 30:6
**presentation** [1] - 31:2
**presented** [2] - 3:13, 5:7
**presumption** [1] - 32:4
**Pretrial** [8] - 24:6, 24:19, 25:16, 26:6, 26:7, 27:3, 28:3, 28:6
**pretrial** [2] - 25:10, 33:5
**previously** [1] - 4:13
**Principal** [1] - 14:5
**Private** [1] - 22:6
**private** [2] - 11:17, 22:8
**probable** [1] - 3:14
**probation** [1] - 24:6
**Probation** [1] - 1:21
**problem** [1] - 5:20
**Procedure** [1] - 22:24
**proceed** [4] - 4:18, 12:25, 32:24, 33:1
**proceeded** [1] - 15:10
**proceeding** [20] - 4:19, 4:25, 7:14, 10:6, 11:4, 13:22, 21:17, 21:22, 22:2, 22:8, 22:12, 27:4, 28:18, 28:23, 30:19, 30:22, 31:1, 31:8, 31:9, 32:2
**proceedings** [7] - 7:10, 7:12, 21:12, 23:1, 23:17, 33:7, 33:18
**proceeds** [1] - 21:14
**process** [2] - 11:11, 23:12
**Process** [1] - 23:20
**produce** [1] - 23:21
**Professional** [1] - 33:16
**proffered** [2] - 18:7, 18:14
**progeny** [3] - 23:6, 23:9, 23:22
**promises** [3] - 20:23, 20:25, 25:5
**promptly** [1] - 25:11
**promulgated** [1] - 6:5
**prosecuted** [3] - 3:12, 3:21, 4:10
**prosecuting** [1] - 17:4
**prosecution** [8] - 11:22, 16:15, 16:19, 23:3, 23:11, 23:14, 23:18, 25:20
**PROSECUTION** [1] - 1:8
**Prosecution** [34] - 2:6, 10:25, 11:3, 11:10, 13:16, 13:23, 14:10, 14:21, 14:25, 15:3, 15:6, 15:16, 15:23, 15:25, 16:17, 16:24, 16:25, 18:3, 18:15, 20:1, 20:8, 20:20, 21:1, 21:13, 21:16, 24:4, 24:8, 26:11, 27:19, 27:24, 28:2, 29:22, 31:14, 32:16
**prosecutor** [2] - 23:2, 23:5
**Protections** [1] - 23:20
**provide** [2] - 6:3, 6:18
**provided** [2] - 15:10, 16:15
**provisions** [2] - 15:10, 22:24
**public** [3] - 31:15, 32:14, 32:15
**pump** [2] - 6:20, 6:21
**pumps** [1] - 6:17
**punishment** [1] - 23:13
**purpose** [1] - 4:19
**purposes** [1] - 16:5
**pursuant** [3] - 6:5, 23:22, 33:17
**put** [4] - 8:1, 11:9, 17:14, 18:1

## Q

**quality** [1] - 6:13
**questioned** [1] - 26:8
**questioning** [1] - 7:13
**questions** [3] - 11:12, 11:13, 11:21
**quite** [1] - 20:9

## R

**raise** [2] - 7:23, 29:25
**reached** [2] - 10:24, 17:21
**read** [7] - 14:20, 30:7, 30:11, 30:22, 30:25, 31:5, 31:20
**readmit** [1] - 22:3
**readmitted** [1] - 22:13
**reads** [1] - 6:6
**really** [4] - 31:7, 31:9, 31:11, 32:13
**reason** [1] - 31:8
**reasonable** [1] - 25:11
**received** [3] - 5:3, 13:7, 13:21
**recently** [1] - 12:20
**record** [28] - 3:4, 4:12, 9:3, 9:5, 10:20, 11:10, 13:22, 16:3, 17:15, 18:1, 18:17, 19:6, 19:8, 19:24, 21:17, 21:23, 22:12, 24:1, 26:11, 26:25, 27:25, 29:20, 29:23, 30:8, 31:15, 31:18, 31:20, 32:16
**redundant** [2] - 6:17, 6:20
**reference** [1] - 19:25
**referenced** [1] - 23:24
**referring** [3] - 18:4, 18:9, 31:17
**reflect** [1] - 26:25
**reflecting** [1] - 29:21
**reflects** [1] - 16:1
**refrain** [1] - 26:3
**regard** [2] - 4:4, 25:21
**Registered** [1] - 33:16
**regular** [1] - 25:9
**regulations** [2] - 6:5, 33:19
**related** [1] - 25:22
**relation** [1] - 9:21
**Release** [1] - 26:7
**release** [8] - 7:2, 10:5, 10:11, 24:3, 24:12, 24:14, 24:19, 27:1
**released** [3] - 4:22, 25:4, 28:3
**relevant** [1] - 22:24
**remain** [4] - 7:8, 7:18, 21:17, 33:4
**remains** [1] - 32:3
**remedies** [1] - 17:1
**reminded** [1] - 22:15
**reminder** [1] - 24:2
**Rende** [2] - 2:8, 14:8
**RENDE** [1] - 1:14

**rendered** [1] - 29:12
**report** [1] - 25:9
**reported** [2] - 23:5, 33:18
**Reported** [1] - 1:23
**REPORTER** [2] - 33:15, 33:23
**reporter** [1] - 8:14
**Reporter** [2] - 1:24, 33:16
**reporting** [2] - 9:24, 27:3
**represent** [3] - 8:25, 9:9, 9:10
**representation** [1] - 13:7
**represented** [2] - 7:11, 8:23
**represents** [1] - 2:16
**reprisals** [1] - 21:21
**request** [3] - 8:24, 10:1, 30:3
**requested** [1] - 9:24
**required** [5] - 7:9, 23:19, 24:23, 25:6, 25:9
**requirement** [2] - 9:24, 23:14
**residence** [2] - 24:18, 25:17
**Resources** [1] - 14:6
**respect** [4] - 10:22, 31:9, 32:4, 32:6
**respond** [1] - 11:14
**response** [1] - 11:13
**responsibility** [1] - 22:20
**restrictions** [1] - 25:14
**result** [4] - 20:4, 22:18, 23:15, 23:23
**retained** [1] - 9:9
**return** [1] - 22:12
**review** [3] - 19:10, 21:12, 26:14
**reviewed** [4] - 3:7, 14:24, 26:21, 31:6
**revision** [1] - 28:21
**revoking** [1] - 17:2
**rights** [1] - 4:21
**ripen** [1] - 24:25
**ripens** [1] - 25:7
**road** [1] - 10:14
**RPR** [2] - 1:23, 33:22
**Rule** [2] - 22:16, 22:23
**Rules** [1] - 22:23
**run** [1] - 27:13

## S

**Safety** [3] - 5:23, 6:4, 16:22
**safety** [1] - 6:12
**sample** [1] - 24:15
**sanctions** [2] - 22:18, 23:23
**satisfied** [1] - 13:6
**scheduled** [1] - 23:1
**school** [1] - 11:25
**Scott** [1] - 6:1
**seal** [1] - 15:14
**SEALED** [1] - 1:5
**sealed** [10] - 15:12, 15:13, 20:21, 21:1, 21:15, 21:17, 21:19, 22:11
**sealing** [1] - 21:20
**seated** [1] - 2:14
**second** [1] - 29:24
**secret** [1] - 21:25
**security** [1] - 22:3
**see** [5] - 3:14, 27:5, 31:7, 31:10, 32:13
**seek** [1] - 9:10
**segment** [2] - 21:14, 21:19
**sentence** [2] - 24:24, 25:6
**sentencing** [1] - 22:8
**separately** [3] - 15:13, 17:10, 18:16
**series** [1] - 16:23
**serious** [1] - 23:15
**serve** [2] - 24:24, 25:6
**Services** [8] - 24:6, 24:19, 25:16, 26:6, 26:7, 27:3, 28:3, 28:6
**services** [2] - 25:10, 33:5
**set** [3] - 17:9, 23:9, 32:17
**sets** [1] - 20:21
**setting** [3] - 24:3, 24:11, 27:1
**shall** [16] - 16:18, 21:17, 23:3, 24:1, 25:11, 25:13, 25:14, 25:18, 25:22, 26:3, 26:5, 26:7, 26:10, 28:5, 28:8, 28:10
**shape** [1] - 19:23
**shore** [1] - 6:13
**shown** [1] - 28:22
**shredded** [1] - 29:19
**sidebar** [1] - 27:6
**Sidebar** [1] - 27:17
**sides** [1] - 20:4
**sighting** [1] - 32:8
**sign** [7] - 4:1, 4:3, 13:25, 14:4, 14:9, 14:13, 26:16
**signature** [4] - 3:25, 14:11, 28:24, 29:21
**signatures** [2] - 16:1, 16:3
**signed** [13] - 3:8, 14:16, 14:22, 16:18, 17:10, 20:9, 26:23, 26:25, 27:22, 29:3, 29:6, 29:18
**significance** [4] - 19:2, 19:16, 20:10, 30:2
**significantly** [1] - 18:1
**silent** [2] - 7:8, 7:18
**similar** [2] - 29:25, 30:9
**similarly** [1] - 14:4
**single** [1] - 5:22
**situation** [1] - 19:19
**six** [1] - 7:1
**sixth** [3] - 27:15, 32:24, 33:1
**slightest** [1] - 32:15
**slowly** [1] - 8:14
**so-called** [2] - 10:25, 21:20
**someone** [1] - 21:5
**soon** [1] - 25:25
**sorry** [2] - 9:1, 31:2
**sort** [1] - 19:24
**South** [1] - 1:13
**Spaeder** [1] - 1:18
**speaker** [3] - 5:16, 5:18, 5:21
**speaks** [3] - 16:1, 31:4, 31:10
**Special** [1] - 1:22
**specifically** [2] - 6:15, 31:5
**specified** [2] - 17:5, 25:21
**specifies** [1] - 24:12
**Speedy** [1] - 27:20
**spell** [1] - 8:2
**Square** [1] - 1:15
**stages** [1] - 7:12
**standing** [1] - 19:17
**standpoint** [2] - 31:11, 31:12
**starters** [1] - 30:18
**state** [3] - 8:2, 22:24, 24:14
**statement** [21] - 7:9, 11:23, 16:18, 16:20, 18:6, 18:24, 19:11, 19:12, 28:21, 29:1, 29:19, 30:1, 30:3, 30:4, 30:11, 30:17, 30:21, 30:25, 31:2, 31:15, 31:19
**Statement** [1] - 18:4
**STATES** [2] - 1:1, 1:3
**States** [16] - 1:10, 1:12, 2:4, 2:9, 3:12, 5:8, 6:14, 6:22, 6:23, 14:1, 21:10, 23:8, 23:20, 26:6, 33:16, 33:19
**status** [1] - 10:5
**statute** [1] - 18:8
**stenographically** [1] - 33:18
**stenographically-reported** [1] - 33:18
**Stenotype** [1] - 1:23
**step** [1] - 27:16
**still** [2] - 22:21, 29:21
**stipulated** [1] - 32:17
**stipulation** [4] - 17:8, 19:16, 20:9, 27:20
**Stipulation** [2] - 18:2, 18:16
**stop** [4] - 11:15, 11:16, 32:2, 32:18
**Street** [4] - 1:13, 1:15, 1:19, 1:24
**struck** [1] - 21:9
**structures** [1] - 6:13
**studied** [1] - 12:3
**substitute** [1] - 29:11
**successfully** [1] - 28:9
**sufficient** [1] - 31:23
**suggestion** [1] - 24:9
**Suite** [1] - 1:19
**summarize** [2] - 16:6, 30:1
**summarized** [6] - 15:15, 17:20, 26:22, 30:22, 31:7, 31:20
**summarizes** [1] - 17:6
**summary** [5] - 16:10, 17:13, 17:23, 30:7, 30:14
**supervise** [1] - 24:10
**supervised** [1] - 7:1
**supervising** [3] - 24:19, 25:10, 33:5
**supervision** [7] - 16:23, 17:3, 17:4, 24:5, 28:3, 28:4, 28:9
**supplement** [5] - 15:12, 15:13, 20:21, 21:2, 21:16
**supplied** [1] - 25:23
**supply** [3] - 6:17, 6:21, 25:25
**support** [3] - 30:25, 31:3, 31:24
**suppression** [1] - 23:10
**surrender** [3] - 18:25, 24:24, 25:6
**sworn** [1] - 7:25
**system** [1] - 5:9

## T

**Task** [1] - 2:10
**teapot** [1] - 31:12
**telephone** [1] - 24:22
**tempest** [1] - 31:12
**tendered** [1] - 4:13
**tentatively** [2] - 3:3
**term** [3] - 14:25, 24:7, 28:9
**terms** [20] - 14:2, 14:7, 15:5, 15:24, 16:7, 16:16, 16:17, 16:20, 17:2, 18:15, 20:3, 21:13, 24:4, 24:12, 26:10, 26:16, 28:2, 28:4, 28:11, 28:25
**THE** [174] - 1:1, 1:2, 1:9, 2:11, 2:17, 2:19, 2:21, 3:2, 3:9, 3:10, 3:11, 3:19, 3:20, 3:23, 3:24, 4:2, 4:3, 4:6, 4:9, 4:18, 5:2, 5:3, 5:5, 5:6, 5:10, 5:13, 5:16, 5:18, 5:20, 7:3, 7:7, 7:8, 7:19, 7:20, 7:22, 7:23, 8:1, 8:3, 8:5, 8:6, 8:7, 8:8, 8:9, 8:11, 8:13, 8:16, 8:18, 8:20, 8:21, 9:1, 9:2, 9:4, 9:5, 9:12, 9:13, 9:17, 9:20, 10:1, 10:4, 10:13, 10:19, 11:2, 11:5, 11:6, 11:9, 11:19, 11:20, 11:24, 11:25, 12:2, 12:3, 12:5, 12:6, 12:7, 12:8, 12:9, 12:10, 12:12, 12:14, 12:16, 12:17, 12:19, 12:20, 12:22, 12:23, 13:2, 13:5, 13:6, 13:8, 13:9, 13:11, 13:12, 13:14, 13:15, 13:20, 14:4, 14:9, 14:12, 14:13, 14:17, 14:19, 14:23, 14:24, 15:1, 15:2, 15:4, 15:5, 15:19, 15:21, 15:22, 15:23, 16:9, 17:8, 17:12, 17:17, 17:19, 17:20,

17:22, 17:23, 17:25, 18:1, 18:5, 18:6, 18:10, 18:11, 18:12, 18:13, 18:19, 18:20, 18:22, 18:23, 19:3, 19:5, 19:8, 19:14, 19:20, 19:23, 20:3, 20:7, 20:16, 20:18, 20:19, 20:24, 20:25, 21:3, 21:4, 21:7, 21:8, 21:11, 21:12, 22:11, 22:20, 26:2, 26:19, 26:24, 27:5, 27:7, 27:10, 27:14, 27:18, 28:15, 28:17, 29:2, 29:11, 29:15, 29:16, 29:17, 30:6, 30:13, 31:11, 31:17, 32:20, 32:22, 33:1
**threats** [1] - 21:4
**three** [6] - 6:18, 6:21, 7:1, 15:7, 15:9, 28:12
**THURSDAY** [1] - 1:6
**tick** [2] - 5:13, 5:15
**timely** [2] - 23:14, 23:21
**Title** [1] - 6:22
**today** [8] - 2:5, 8:24, 10:9, 10:22, 11:9, 12:25, 26:1, 28:18
**together** [3] - 20:20, 27:24, 29:7
**tolled** [1] - 27:21
**top** [1] - 24:16
**track** [1] - 32:11
**tracks** [1] - 32:2
**train** [1] - 32:8
**transcript** [3] - 21:14, 33:17, 33:18
**Transcript** [1] - 1:23
**travel** [1] - 25:15
**treated** [1] - 12:20
**Trial** [1] - 27:21
**trial** [2] - 2:8, 4:24
**trouble** [1] - 5:11
**true** [8] - 8:25, 9:11, 10:25, 11:1, 14:17, 18:7, 20:8, 33:17
**turn** [2] - 13:24, 24:3
**twice** [1] - 7:2
**two** [4] - 5:6, 27:20, 28:19, 30:21

## U

**U.S** [10] - 1:21, 2:6, 6:10, 6:16, 9:14, 23:5, 24:18, 24:21, 25:2
**U.S.C.** [2] - 24:16, 33:17
**ultimately** [1] - 16:2
**unclear** [1] - 32:15
**under** [14] - 7:24, 11:20, 12:17, 15:5, 15:14, 16:20, 22:16, 22:17, 22:23, 23:5, 23:7, 24:4, 24:5, 28:4
**underlying** [1] - 4:24
**understood** [1] - 4:7
**UNITED** [2] - 1:1, 1:3
**United** [16] - 1:10, 1:12, 2:4, 2:8, 3:12, 5:7, 6:14, 6:22, 6:23, 14:1, 21:10, 23:8, 23:20, 26:5, 33:16, 33:19
**unless** [1] - 10:10
**up** [5] - 3:9, 3:17, 27:13, 27:14, 33:2
**useful** [1] - 16:6

## V

**vacating** [1] - 23:17
**version** [5] - 29:3, 29:18, 29:19, 29:22, 30:10
**versus** [6] - 2:4, 22:17, 23:5, 23:9, 23:10, 23:22
**Vessel** [1] - 6:1
**vessel** [1] - 6:12
**victim** [1] - 25:19
**violate** [2] - 18:14, 24:14
**violates** [1] - 23:11
**violating** [2] - 23:7, 26:16
**violation** [3] - 5:23, 6:22, 18:8
**violations** [1] - 28:5
**violence** [1] - 21:5
**virtue** [1] - 31:19
**voluntary** [1] - 30:24
**vs** [1] - 1:4

## W

**waive** [2] - 3:16, 19:19
**waived** [1] - 4:10
**Waiver** [2] - 3:4, 3:24
**waiver** [1] - 4:11
**wants** [1] - 31:8
**Washington** [1] - 1:16
**Waterway** [1] - 16:22
**waterways** [1] - 6:14
**Waterways** [2] - 5:23, 6:4
**weapon** [1] - 26:4
**West** [2] - 8:12, 8:17
**willfully** [2] - 6:9, 6:15
**wish** [3] - 10:22, 11:3, 32:2
**witness** [1] - 25:20
**witnesses** [1] - 25:23
**word** [1] - 30:11
**writing** [2] - 23:25, 24:21
**written** [3] - 16:2, 23:3, 31:2

## Y

**year** [1] - 8:7
**years** [5] - 7:1, 15:7, 15:9, 28:12

## Z

**zealous** [1] - 13:13
**Zuckerman** [1] - 1:18

## §

**§** [4] - 6:23, 24:16, 33:17