ZUCKERMAN SPAEDER

John J. Connolly
PARTNER
Zuckerman Spaeder LLP
jconnolly@zuckerman.com
410 949 1149

October 20, 2026

**VIA ECF**

Hon. James K. Bredar
United States District Judge
U.S. District Court for the District of Maryland
101 W. Lombard St.
Baltimore, Maryland 21201

Re: U.S. v. Deenadayalan, No. JKB-26-197

Dear Judge Bredar:

I write to advise the Court of the travel status of our client Karthikeyan Deenadayalan.

Pursuant to the Court's order of July 22, 2026, Mr. Deenadayalan traveled to India to visit with his family. He attempted to return by October 19, 2026, as required by the order, but when he presented to the Emirates Airways gate in Chennai on Sunday, October 18, the airline refused him permission to board. Mr. Deenadayalan was carrying a sealed letter from the U.S. government which, we understand, was to be tendered to the gate agent to ensure his ability to board. Mr. Deenadayalan did present the letter, but Emirates refused to accept or open it. That led to considerable back and forth among the agent, a manager, Mr. Deenadayalan and (briefly) me while our client waited in the airport, but we were unable to convince Emirates to permit him to board the flight. Accordingly, Mr. Deenadayalan returned home to await further instruction.

As I understand it, albeit on hearsay, Emirates stated that its security personnel in Dubai, a stopover on the return trip, had received an email from U.S. Customs and Border Protection. That email instructed Emirates to decline Mr. Deenadayalan's letter (or otherwise to deny him boarding) until Mr. Deenadayalan presented to the U.S. Consulate for clearance. The U.S. Consulate was not open at the time and, we understand, it requires an appointment before it will see visitors.

We reported the incident in real time to the government on October 18, and we have been working with the case agent to solve the problem. Mr. Deenadayalan also reported the problem the same day to Pretrial Services, and we have been in touch with the case officer there as well, who wanted to make sure that we updated the Court. Mr. Deenadayalan remains ready, willing, and able to return to the U.S. as soon as his travel authorization is granted.

We will keep the Court informed, and please contact me or Mr. Bernstein if you have questions.

Very truly yours,

*/s/ John J. Connolly*

John J. Connolly

cc: counsel of record (ECF)
USCG S/A Jeffrey Phillips (email)
Sr. Prob. Officer Adam Smith (email)